AO 322
(Rev. 9/79)

# INTERPRETER'S REPORT OF SERVICE AND CLAIM FOR COMPENSATION AND EXPENSES

TO: Clerk of Court for the          DATE  May 6, 2005

   Southern District of Georgia

I request payment be made for interpreter services performed before:

JAMES E. GRAHAM, U. S. MAGISTRATE JUDGE
(Name and Title of Presiding Judicial Officer)

PAYEE's NAME AND ADDRESS AND TAX IDENTIFICATION NUMBER:
ROSA DOBBS
P. O. BOX 2993
BRUNSWICK, GA 31521

In the case of:
   Jaime Alvarez Mendoza
   United States of America vs. ~~Remi Galiana Ayala~~
   M05-G-8
   (Civil/Criminal Case Number)

SSI #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
Tel. # - W-912/280-9662  -  H-912/262-1432
Cell - 571-7272

Itemization of Services and Costs:

| Date(s) | Hours | Number of Days | Cost Per Hour | Cost Per Day | Total Compensation | Other Costs (Including travel) | Total Cost |
|---|---|---|---|---|---|---|---|
| 05/06/05 | | 1/2 | | $86.00 | | | $86.00 |

TOTAL AMOUNT CERTIFIED FOR      $86.00

The following information is provided in support of the above services:

Type of Interpretation Provided:
- ☐ Simultaneous
- ☒ Consecutive
- ☐ Summary

Interpreter is:
- ☐ Certified
- ☒ Non-Certified

- ☒ Initial Appearance
- ☐ Preliminary Hearing
- ☐ Arraignment
- ☐ Trial

Nature of Proceedings:
- ☐ Pretrial Service Officer Interview
- ☐ Probation Officer Interview
- ☐ Sentencing
- ☐ Other

Foreign Language(s)
SPANISH

Check if:
- ☐ Hearing/Speech Impaired

Person Furnished Services
- ☒ Defendant
- ☐ Witness
- ☐ Other

CERTIFICATION: I certify under penalty of perjury that the foregoing is true and correct. Executed on: May 6, 2005.
                                                                                                    (Date)

_Rosa Ena Dobbs_ (Signature of Interpreter)

APPROVED FOR PAYMENT THIS DAY  May 6, 2005.
                                (Date)

_James E. Graham_ (Signature)
James E. Graham, U. S. Magistrate Judge
Name and Title of Presiding Judicial Officer

FILED U.S. DIST. COURT BRUNSWICK DIV. 2005 MAY -6 P 2:03